THE STATE EX REL. CINCINNATI ENQUIRER v. ALLEN, JUDGE.

[Cite as State ex rel. Cincinnati Enquirer v. Allen,
132 Ohio St.3d 126, 2012-Ohio-2571.]

(No. 2011–1643—Submitted May 22, 2012—Decided June 13, 2012.)

{¶ 1} Upon consideration of the parties' evidence and briefs, this cause is dismissed based on mootness.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

Graydon Head & Ritchey, L.L.P., and John C. Greiner, for relators.

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Christian J. Schaefer, Assistant Prosecuting Attorney, for respondent.